UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK NAT'L ASS'N,<br><br>Plaintiff,<br><br>v.<br><br>ROTONDA R. LLOPIS, et al.,<br><br>Defendants. | No. 2:13-cv-2288 MCE AC<br><br><br><br>ORDER |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 4, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 4, 2013 are adopted in full;

2. This action is remanded to Solano Superior Court.

Dated:  March 17, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT