UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NAT'L ASS'N,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROTONDA R. LLOPIS, ET AL.,<br><br>　　　　Defendants. | No.  2:13-cv-2288 MCE AC PS<br><br><br>ORDER |

　　　　This action was removed on November 4, 2013 from the Solano County Superior Court by defendant pursuant to 28 U.S.C. § 1331.  On that day, defendant also filed an application to proceed in forma pauperis ("IFP").  On December 4, 2013, plaintiff's application to proceed IFP was granted, and it was recommended that this action be dismissed for lack of subject matter jurisdiction.  This recommendation was adopted by the Honorable Morrison C. England, Jr. on March 17, 2014, and this action was dismissed.  Plaintiff thereafter filed a timely appeal and a second application to proceed IFP.  ECF No. 15.

　　　　On March 28, 2014, the Ninth Circuit Court of Appeals filed a Referral Notice, referring this matter to the district court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith.  See 28 U.S.C. § 1915(a)(3).  An appeal is taken in "good faith" where it seeks review of any issue that is "nonfrivolous."  Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002).  An issue

1

is "frivolous" if it has "no arguable basis in fact or law." See O'Loughlin v. Doe, 920 F.2d 614, 617 (9th Cir. 1990).

Here, defendant's Notice of Appeal does not identify what portion of the order dismissing this case she intends to appeal. Nonetheless, the undersigned, having fully considered the matter, finds that reasonable jurists could not disagree with the district court's resolution the jurisdictional issue. Nor could reasonable could conclude that the issues presented are adequate to deserve encouragement to proceed further. Accordingly, any appeal would be frivolous or taken in bad faith, and defendant's IFP status should be revoked

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's in forma pauperis status is revoked;
2. Defendant's March 24, 2014 motion to proceed IFP (ECF No. 15) is denied; and
3. The Clerk of the Court is directed to notify the United States Court of Appeals for the Ninth Circuit of this determination pursuant to the appellate court's Referral Notice.

DATED: April 11, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2